SPIRO C. ZINGUS ET AL. *v.* REDEVELOPMENT AGENCY OF THE CITY OF NEW LONDON

The motion by the plaintiffs to dismiss the appeal from the Superior Court in New London County is denied.

*C. George Kanabis,* for the appellees (plaintiffs).

*C. Robert Satti,* for the appellant (defendant).

Argued January 7—decided January 7, 1969

ALFRED W. BURKHART, ADMINISTRATOR (ESTATE OF DIANE B. RILEY) *v.* LEWIS K. RILEY, JR., EXECUTOR (ESTATE OF NANCY H. RILEY)

BARBARA ANN SANDERS ET AL. *v.* LEWIS K. RILEY, JR., EXECUTOR (ESTATE OF NANCY H. RILEY)

The motion by the plaintiff in the first case to dismiss the appeal from the Superior Court in Fairfield County is granted.

The motion by the plaintiffs in the second case to dismiss the appeal from the Superior Court in Fairfield County is granted.

*Robert A. Fuller,* for the appellee (plaintiff) in the first case.

*Peter C. Schwartz,* for the appellees (plaintiffs) in the second case.

*Frank Smith,* with whom was *Edward M. Sheehy,* for the appellant (defendant) in each case.

Argued January 7—decided January 7, 1969